UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILIP TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:22 CV 1269 RWS ) |
| SCHINDLER ELEVATOR CORP., | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

With consent of defendant,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to amend [15] is deemed withdrawn and plaintiff's consent motion for leave to file a first amended complaint [18] is granted. The first amended complaint is deemed filed as of this date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of May, 2023.