UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILIP TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 4:22 CV 1269 RWS |
| SCHINDLER ELEVATOR CORP., | ) ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that plaintiff is granted an extension of time, up to and including **January 5, 2024**, to serve defendant Peelle Company, Ltd.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of September, 2023.