UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILIP TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:22 CV 1269 RWS ) |
| SCHINDLER ELEVATOR CORP., | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Because defendant's expert agreed on March 11, 2025 to assist defendant in answering an interrogatory served on March 12, 2025,

**IT IS HEREBY ORDERED** that plaintiff's motion to shorten time [62] is granted as follows: defendant shall answer the interrogatory on or before the close of all discovery on **April 7, 2025**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of March, 2025.