UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILIP TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:22 CV 1269 RWS |
| | ) |
| SCHINDLER ELEVATOR CORP., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Over defendant's objection,

**IT IS HEREBY ORDERED** that plaintiff's motion to file an opposition out of time [74] is granted as follows: plaintiff shall file any opposition to the motion to exclude elevator expert [71] no later than **July 1, 2025**. Although plaintiff is not limited in what he can argue in opposition to the pending motion, this ruling in no way limits the defendant's right to argue that any supplemental opinions offered by the expert are untimely and should also be excluded. Defendant may file a reply brief in support of its motion to exclude expert witness no later than **July 25, 2025**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of June, 2025.